E-Filed: **12/10/08**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES MOORE, | ) | No. CV 08-07895-GHK (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DERRAL G. ADAMS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED:   12/9/08

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE